# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| DONNA MCGLADE, ET AL., | 2:22-CV-11698-TGB |
| Plaintiffs, | |
| | ORDER DISMISSING CASE |
| vs. | |
| HOFFMAN MEDIA, LLC, | HONORABLE TERRENCE G. BERG |
| Defendant. | |

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED this 31st day of October, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge